IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD PETTRY, | ) | CASE NO.  1:14 CV 1667 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| CITY OF PARMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Fed. R. Civ. Proc. 41(a) and the settlement agreement entered into by

Plaintiff Richard Pettry and his wife Christa Pettry with Defendants Chief of Police Robert

Miller, Officer Bryan Bernow, Officer Jonathan Kaniecki, Officer Matthew Keehl, Officer

Thomas Kuchler, Officer Gregory Nichols, Fire Chief John French, Paramedic Jim Hreha,

Paramedic John Petro, Paramedic Norm Torreiter, Paramedic Gary Vojtush, Tracie Hooley,

Jennifer Novick, Lisa Jerman, Mayor Tim Degeeter, Safety Director (former) Greg Baeppler,

and the City of Parma, we, the attorneys for the respective parties do hereby stipulate that the

above captioned case has been fully settled and that it should be dismissed, with prejudice as

against all above named Defendants, with each party to bear its own costs.

| | |
|---|---|
| /s/ David B. Malik | /s/ John Travis |
| David B. Malik (0023763) | D. John Travis (0011247) |
| Sara Gedeon (0085759) | Steven D. Strang (0085444) |
| 8437 Mayfield Road, Suite #101 | Gallagher Sharp LLP |
| Chesterland, Ohio 44026 | Sixth Floor – Bulkley Building |
| Tel (440) 729-8260 | 1501 Euclid Avenue |
| Fax (440) 490-1177 | Cleveland, Ohio 44115 |
| Dbm50@sbcglobal.net | Tel (216) 241-5310 |
| Sgedeon1021@gmail.com | Fax (216) 241-1608 |
| | jtravis@gallaghersharp.com |
| Attorneys for Plaintiff | sstrang@gallaghersharp.com |

1

2

|  | Attorneys for Defendants Chief of Police Robert Miller, Officer Bryan Bernow, Officer Jonathan Kaniecki, Officer Matthew Keehl, Officer Thomas Kuchler, Officer Gregory Nichols, Fire Chief John French, Paramedic Jim Hreha, Paramedic John Petro, Paramedic Norm Torreiter, Paramedic Gary Vojtush, Tracie Hooley, Jennifer Novick, Lisa Jerman, Mayor Tim Degeeter, Safety Director (former) Greg Baeppler, and the City of Parma |
| --- | --- |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2016, a copy of the foregoing document was filed

electronically. Notice of this filing will be sent to all parties for whom counsel has entered an

appearance by operation of the Court's electronic filing system. Parties may access this filing

through the Court's system.

/s/ Sara Gedeon (0085759)

Attorney for Plaintiff