IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RICHARD PETTRY, | ) CASE NO.  1:14 CV 1667 |
| | ) |
| Plaintiff, | ) JUDGE BENITA Y. PEARSON |
| | ) |
| v. | ) |
| | ) **STIPULATION OF DISMISSAL** |
| CITY OF PARMA, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to Fed. R. Civ. Proc. 41(a) we, the attorneys for Plaintiff Richard Pettry and Defendant Dr. Schikowski, and the respective parties do hereby stipulate that the above captioned case should be dismissed, with prejudice as against Defendant Dr. Schikowski, with each party to bear its own costs.

| | |
|---|---|
| /s/ David B. Malik<br>David B. Malik (0023763)<br>Sara Gedeon (0085759)<br>8437 Mayfield Road, Suite #101<br>Chesterland, Ohio 44026<br>Tel (440) 729-8260<br>Fax (440) 490-1177<br>Dbm50@sbcglobal.net<br>Sgedeon1021@gmail.com<br><br>Attorneys for Plaintiff | /s/ Donald H. Switzer<br>Donald H. Switzer (0017512)<br>Bonezzi Switzer Polito & Hupp<br>1300 East 9th Street, Suite 1950<br>Cleveland, Ohio 44114<br>Tel (216) 875-2767<br>Fax (216) 875-1570<br>dswitzer@bsphlaw.com<br><br>Attorney for Defendant Dr. Schikowski |

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 6, 2016, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Sara Gedeon (0085759)

Attorney for Plaintiff